FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 OCT -7 PM 1:39
LORETTA G. WHYTE
CLERK

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEFFREY CHAMPAGNE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-6723 |
| | | |
| B.S OCEAN MARITIME PTE LTD. | * | SEC. |
| and JAPAN P & I CLUB | * | |
| | * | MAGISTRATE SECT. J MAG. 3 |

* * * * * * * * * * * * * * *

## COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes JEFFREY CHAMPAGNE, a person of the full age of majority and resident of the State of Louisiana, and for his Complaint respectfully represents as follows:

I.

## JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. §1331, federal question jurisdiction.

II.

## PARTIES DEFENDANT

Made defendants herein are:

1. B.S. OCEAN MARITIME PTE LTD., on information and belief, a foreign corporation operating vessels within the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the owner and/operator AMARANTH BRIDGE, a ship which made port in New Orleans, Louisiana on or about November 14, 2008.

2. JAPAN P & I CLUB, on information and belief, a mutual protection and indemnity



✓ Fee 350
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

club of which Defendant, B.S. OCEAN MARITIME PTE LTD., was a member at all times pertinent hereto and which, as a consequence, provided insurance to B.S. OCEAN MARITIME PTE LTD. for the type of action asserted herein by Plaintiff, Jeffrey Champagne.

III.

**FIRST CAUSE OF ACTION**

The defendants are liable unto the plaintiff pursuant to the law and statutes of the United States, including but not limited to 28 U.S.C. § 1333, et seq., 33 U.S.C. §905(b) and the laws and statutes of the State of Louisiana, in damages in a sum which will fairly compensate him and which will be determined at the trial of this matter, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following reasons, to wit:

IV.

On or about November 14, 2008, plaintiff was employed by a third-party, Ports America. On that date, plaintiff was performing his assigned duties on board the AMARANTH BRIDGE inspecting the holds on said ship while same was located at the Port of New Orleans, and, more specifically, the Nashville Avenue wharf facility. In the course of performing those duties, suddenly and without warning and due to the negligence of the defendants and/or defects in the vessel and its appurtenances/equipment, plaintiff was caused to sustain severe and disabling injuries as described herein when he slipped and fell while performing his duties. On information and belief, the fall was caused by a foreign substance believed to be hydraulic fliud.

V.

Plaintiff was in no manner negligent. On information and belief, plaintiff alleges that the sole and proximate cause of his injuries, as described herein, was the negligence and/or failure of the

defendants, and their servants and/or agents, in carrying out their obligations and duties, individually and concurrently, and/or the condition of the premises and equipment, in the following respects:

1. Vessel negligence under 33 U.S.C. §905 (b);
2. Failure to exercise reasonable care in discovering and correcting any and all unsafe conditions existing on the vessel;
3. Failure to warn plaintiff of the dangerous and unsafe conditions of the premises;
4. Failure to properly inspect, maintain and repair the premises and equipment;
5. Hiring untrained and unskilled employees;
6. Retaining employees found to be careless and/or unskilled;
7. Strict and/or premises liability;
8. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff;
9. Other acts of negligence and conditions to be proven at the trial of this case.

VI.

Solely by reason of the negligence of the defendants, and other acts and inactions described herein, plaintiff sustained plaintiff sustained serious injuries including but not limited to the following: possible ruptured and/or herniated discs and nerve damage, as well as injuries to his bones, muscles and joints, organs and tissues. As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

VII.

As a direct and proximate result of the aforesaid negligence, conditions, and breach of duties on the part of the defendants herein, plaintiff has suffered injuries and damages for which defendants are liable unto him, plus legal interest from the date of occurrence, attorney's fees, and all costs of these proceedings.

**WHEREFORE**, plaintiff prays that the defendant(s) be served with a copy of this Complaint, and after due proceedings had and the expiration of all legal delays herein: There be a judgment rendered in favor of the petitioner, JEFFREY CHAMPAGNE, and against defendants, B.S. OCEAN MARITIME PTE LTD. and JAPAN P & I CLUB, in damages in an amount to be determined at trial, together with interest from the date of occurrence until paid, attorneys fees, and all costs; and for any and all other relief which the law and justice may provide.

Respectfully submitted:

LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE (17864)
KRISTI A. POST (17752)
SCHEUERMANN AND JONES, LLC
909 Poydras Street, Suite 2556
New Orleans, LA 70112
Telephone: (504) 525-4361
Facismile: (504) 525-4380
Attorneys for Plaintiff, Jeffrey Champagne

**PLEASE SERVE:**

**B.S Ocean Maritime Pte Ltd. (VIA HAGUE CONVENTION)**
**3 Shenton Way #16-06**
**Shenton House**
**Singapore 068805**

**and**

**Japan P & I Club (VIA HAGUE CONVENTION)**
**2-15-14, Nihonbashi-Ningyocho, Chuo-ku, Tokyo**
**103-0013 Japan**